AFFIDAVIT

STATE OF MISSISSIPPI
MONROE COUNTY

I, Ronald McCormick, being first duly sworn, hereby depose and say that:

1. I am a Special Agent with the United States Secret Service whose current duty station is Jackson, Mississippi. I have been a Special Agent with the United States Secret Service since 1999.

2. On July 19, 2011, my agency received a telephone call from officials with the University Medical Center in Jackson, Mississippi regarding a threatening telephone call that had been received earlier that day at approximately 3:45 p.m.

3. An investigation of the matter has revealed that the threatening telephone call was made by David Williams, a resident of Attala County, Mississippi. Mr. Williams had taken his wife to the University Medical Center sometime last week to seek diagnosis and treatment of various health issues pertaining to his wife. Mr. Williams was informed that his wife needed surgery. Mr. Williams called the University Medical Center on July 19, 2011 to schedule the surgery, at which time he was informed that the University Medical Center would not perform the surgery. During the course of this telephone call or in a subsequent telephone call, Mr. Williams, while speaking with the

University Medical Center operator, Alfreda Fairley, threatened to blow up the hospital and further threatened to "kill that nigger president." The subject telephone call involving the aforementioned threats was made by Mr. Williams using his cellular telephone from his residence in Attala County to the University Medical Center at approximately 3:45 p.m. on Tuesday, July 19, 2011.

4. Based on the facts and circumstances as set forth above, your affiant believes that there is probable cause to believe that David Williams has violated Title 18, United States Code, Sections 844(e) and 871(a).

_____
Ronald McCormick
Special Agent
U.S. Secret Service


Sworn and subscribed before me this the 20th day of July 2011.

_____
UNITED STATES MAGISTRATE JUDGE