FILED
8/31/2011
DAVID CREWS, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 1:11CR101-WAP-DAS

DAVID WILLIAMS

## PLEA AGREEMENT

The United States Attorney hereby proposes to the Court a plea agreement to be filed in this cause under Rule 11(c) of the Federal Rules of Criminal Procedure. Defendant has read and fully understands this plea agreement and approves same, realizing that the plea agreement is subject to acceptance or rejection by the Court. The plea agreement is as follows:

1.   GUILTY PLEA: The defendant agrees to plead guilty under oath to Counts One and Two of the Indictment. Count One charges the defendant with knowingly and willfully, through the use of the telephone, making a threat concerning an attempt to be made to kill, injure and intimidate an individual and unlawfully damage or destroy a building by means of an explosive in violation of 18 U.S.C. § 844(e), which carries maximum possible penalties of a $250,000.00 fine, 10 years imprisonment, 3 years supervised release, and a special assessment of $100.00. Count Two charges the defendant with knowingly and willfully threatening to take the life of and to inflict bodily harm upon the President of the United States, in violation of 18 U.S.C. § 871(a), which carries maximum possible penalties of a $250,000.00 fine, 5 years imprisonment, 3 years supervised release, and a special assessment of $100.00.

2.   OTHER CHARGES: The United States agrees not to charge the defendant with any other offenses arising from or related to the above charge.

3.   OTHER AUTHORITIES: This agreement does not bind any prosecuting authority of any state or any other federal district, nor does it bind the Attorney General of the United States

with regard to any matter, criminal or civil, involving federal tax laws. Nor does this agreement bind the United States or any of its departments or agencies with regard to any civil or administrative actions or remedies.

4. VIOLATIONS OF THIS AGREEMENT: If defendant violates this agreement, all statements made pursuant hereto will be admissible against defendant, who hereby waives the provisions of Rule 11(f) of the Federal Rules of Criminal Procedure and Rule 410 of the Federal Rules of Evidence. Defendant may also, in that event, be prosecuted for all federal offenses, including perjury and false statements relating to this plea agreement.

5. ACKNOWLEDGMENTS: Apart from being advised of the applicability of the U.S. Sentencing Guidelines, and other than as set forth elsewhere in the plea documents, no promise or representation whatsoever has been made to defendant as to what punishment the Court might impose if it accepts the plea of guilty. This agreement fully reflects all promises, agreements, and understandings between the defendant and the United States Attorney. The defendant's agreement is knowing, free, and voluntary, and not the product of force, threat, or coercion. The defendant is pleading guilty because defendant is in fact guilty.

This the _18th_ day of _August_, 2011.

_Felicia C. Adams_
FELICIA C. ADAMS, MS Bar 1049
United States Attorney

AGREED AND CONSENTED TO:

_____
DAVID WILLIAMS
Defendant

APPROVED:

_____
KEVIN J. PAYNE
Attorney for Defendant
Mississippi Bar No.100104